# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 436 | **DATE** | 8/10/2010 |
| **CASE TITLE** | USA vs. Louis Quilici | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion to postpone surrender [26] is granted. Defendant date of surrender is extended to 10/4/2010.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|